562 U.S. 1194, 131 S. Ct. 1016, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 674.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-672. R. Jay Drolett, Petitioner v. Edward J. DeMarco, Jr., et al.**

562 U.S. 1194, 131 S. Ct. 1016, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 616.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 382 Fed. Appx. 7.

**No. 10-6618. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.**

562 U.S. 1194, 131 S. Ct. 999, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 704,

January 18, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Leave to proceed as a veteran granted.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 360 Fed. Appx. 119.